IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

03 NOV -6 AM 10: 23
N.D. OF ALABAMA
DISTRICT COURT

JERRY REED, et al

    Plaintiffs,

v.                                    CV 03-PT-0348-E

ANNISTON CITY BOARD OF
EDUCATION

    Defendant.

ENTERED
NOV 6 2003

## MEMORANDUM

The court has received a number of calls asking about the status of this case. The court requests that the attorneys advise their clients of the status. If the court should set for trial, the parties should move for the setting.

This the 5 day of November, 2003.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE